# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 10-13843 |
| WILLIAM G. ANDERSON | SECTION: "A" |
| BILLE S. ANDERSON | CHAPTER 7 |
| DEBTORS | |
| CHERYL BLOOMENSTIEL<br>PLAINTIFF | ADVERSARY PROCEEDING |
| VERSUS | CASE NUMBER: 11-01002 |
| WILLIAM G. ANDERSON AND BILLIE S. ANDERSON<br>DEFENDANTS | |

## AMENDED ANSWER ON BEHALF OF
## WILLIAM G. ANDERSON AND BILLIE S. ANDERSON

NOW come defendants, William G. Anderson and Billie S. Anderson, who, pursuant to Fed. R. Bankr. P. 7015, file their amended answer as follows:

1.

Defendants amend and supplement their original Answer to Complaint, by amending its prayer to read as follows:

WHEREFORE, Defendants William G. Anderson and Billie S. Anderson, pray that the Answer and Affirmative Defenses be deemed good and sufficient and that after due proceedings are had, that there be judgment rendered in their favor and against the Plaintiff, Cheryl Bloomenstiel, dismissing all claims herein with prejudice at Plaintiff's costs and for all other general and equitable relief as appropriate, including, but not limited to attorney's fees and costs.

WHEREFORE, all premises considered, defendants, William G. Anderson and Billie S. Anderson, renew and reiterate their original answer, affirmative defenses and prayer as amended above and pray that this amended answer be deemed good and sufficient, and that after due proceedings had, there be judgment herein, in favor of defendants, William G. Anderson and Billie S. Anderson and against plaintiff Cheryl Bloomenstiel, and awarding attorney fees and costs as well as all other general and equitable relief as appropriate.

Respectfully submitted:

s/Ruhama Dankner
Ruhama Dankner #24107
5200 Lapalco Blvd., Ste. 1
Marrero, LA 70072
Tel. 504-348-8524
Fax 504-348-8570